PHILADELPHIA MORTGAGE & TRUST COMPANY, APPELLEE, v. JANE G. HUTCHINS ET AL., APPELLANTS.

FILED DECEMBER 5, 1900.   No. 9,319.

Mortgage Foreclosure: CONFIRMATION: TIME. A mortgage foreclosure sale may be confirmed, though the sheriff did not make the sale within sixty days from the time he received a copy of the decree.

APPEAL from the district court for Lancaster county. Heard below before HOLMES, J.   *Affirmed.*

*A. B. Coffroth,* for appellants.

*S. L. Geisthardt, contra.*

NORVAL, C. J.

This is an appeal from an order confirming a sale of real estate. The only objection urged against the sale is that the same was not made and the order of sale returned until the expiration of more than sixty days after its date. The order of sale was nothing more than a certified copy of the decree, and the fact that the sale was made and the order of sale was returned more than

sixty days after the sheriff received the copy of the decree did not invalidate the sale. *Amoskeag Savings Bank v. Robbins*, 53 Nebr., 776. The order is

AFFIRMED.